■ In the Matter of the CITY OF BUFFALO Relative to Foreclosure of Tax Liens. In the Matter of PAUL D. HANGAUER, Appellant, v CITY OF BUFFALO et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Erie County Court, La Mendola, J. *(see also, Matter of Girrbach v Levine,* 132 AD2d 41). (Appeal from order of Erie County Court, La Mendola, J.—vacate foreclosure sale.) Present—Doerr, J. P., Green, Pine, Balio and Davis, JJ.

■ DOROTHY HIBBS, Individually and as Parent and Natural Guardian of D. J. HIBBS, an Infant, Respondent, v THOMAS BLAJSZCAK, SR., et al., Respondents, and TODD McDONALD, an Infant, Appellant.—Order unanimously affirmed with costs *(see, Herman v Wesgate,* 94 AD2d 938). (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Doerr, J. P., Green, Pine, Balio and Davis, JJ.